MINUTE ENTRY
MILAZZO, J.
FEBRUARY 26, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**STEPHEN ALLEN, ET AL.**                               **CIVIL ACTION**

**VERSUS**                                              **NO: 11-1571**

**ENTERGY LOUISIANA, LLC**                              **SECTION "H"**

## MINUTE ENTRY

On February 26, 2016, the Court held a status conference.  Glenn Cater participated on behalf of Plaintiffs; Amelia Koch, Jennifer McNamara, and Renee Masinter participated on behalf of Defendant.

Accordingly;

**IT IS ORDERED** that the scheduling order in this matter is **VACATED**.

**IT IS FURTHER ORDERED** that this matter shall be consolidated with *April Davis et al v. Entergy Operations Inc.* (No. 15-3219) and shall adopt the scheduling order entered therein in Record Doc. 14.



(JS-10:60)