UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN ALLEN, JR., ET AL.** | * | CIVIL ACTION |
| | * | NO. 11-1571 C/W 15-3219 & |
| **Plaintiffs,** | * | 16-1575 |
| | * | (Reference to ALL CASES) |
| **VERSUS** | * | |
| | * | SECTION "H" |
| | * | JUDGE MILAZZO |
| **ENTERGY OPERATIONS, INC.** | * | |
| | * | MAG. DIV (5) |
| **Defendant** | * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \*

Considering the foregoing Joint Motion to Stay Proceedings Pending Appeal by all Plaintiffs and Entergy Operations, Inc. having been duly considered and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings Pending Appeal is **GRANTED**;

**IT IS FURTHER ORDERED** that the trial currently scheduled for October 17, 2016, as well as all proceedings and pretrial deadlines in the above captioned consolidated matters are hereby stayed pending appeal of the order dismissing the claims of Plaintiffs Nathan Hills, III and Douglas Luke, Jr. to the United States Court of Appeals for the Fifth Circuit.

NEW ORLEANS, LOUISIANA

THIS ___17th___ DAY OF _____August_____, 2016

_____
UNITED STATES DISTRICT JUDGE